UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>           Plaintiff,<br><br>     v.<br><br>C. NEPOMUCENO, et al.,<br><br>           Defendants. | No. 1:20-cv-01351-NONE-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. No. 13.)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF AS MOOT<br>(Doc. Nos. 2, 5.) |

Plaintiff Alvaro Quezada is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2021, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunctive relief, filed on September 23, 2020 and October 5, 2020, be denied as moot.  (Doc. No. 13.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*)  The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on January 22, 2021 (Doc. No. 13), are adopted in full; and

2. Plaintiff's motions for preliminary injunctive relief, filed on September 23, 2020 (Doc. No. 2) and October 5, 2020 (Doc. No. 5), are denied as moot.

IT IS SO ORDERED.

Dated: __**March 7, 2021**__

UNITED STATES DISTRICT JUDGE