# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>  Plaintiff,<br><br>  v.<br><br>C. NEPOMUCENO, *et.al.*,<br><br>  Defendants. | Case No. 1:20-cv-01351-JLT-GSA (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

On March 7, 2022, the parties reached a settlement agreement in this case. Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 7, 2022**

                                                UNITED STATES MAGISTRATE JUDGE

1